[No. 7129–1–II.  Division Two.  December 12, 1985.]

THE ESTATE OF ARTHUR B. METCALF, ET AL, *Respondents,*
v. HIDEAWAY TOWNHOUSE CLUB TRUST, ET AL,
*Defendants,* WELDON THOMPSON,
*Appellant.*

Appeal from a judgment of the Superior Court for Mason
County, No. 14670, Hewitt A. Henry, J., entered May 23,
1983. *Reversed* and *remanded* by unpublished opinion per
Reed, J., concurred in by Worswick, C.J., and Petrich, J.

[No. 6478–6–III.  Division Three.  December 12, 1985.]

DEBRA GUSMAN, *Respondent,* v. BAKER–BOYER
NATIONAL BANK, *Appellant.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 83–2–00369–6, James B. Mitchell, J.,
entered April 16, 1984. *Affirmed* by unpublished opinion
per Thompson, J., concurred in by Green, C.J., and Mun-
son, J.

[No. 6631–2–III.  Division Three.  December 12, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. EARL
ALEXANDER BARTON, *Appellant.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 83–1–00696–2, Michael E. Donohue, J.,
entered June 25, 1984. *Affirmed* by unpublished opinion
per Thompson, J., concurred in by Green, C.J., and McIn-
turff, J.